IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

COI QUOC TRAN, )
 )
                           Plaintiff, )
   vs. )
 )
KRISTI NOEM, Secretary of the U.S. )
Department of Homeland Security; )
ANGELICA ALFONSO-ROYALS, Acting )
Director of U.S. Citizenship and Immigration )
Services; and BEAR R. DOLBEARE, )
Director of UCIS Anchorage Field Office, )
 )  No. 3:25-cv-00146-HRH
                       Defendants. )
_____)

O R D E R

Case Status

     Plaintiff has filed "proofs of service" of his summons and complaint on the named defendants who are officers of the United States and on the United States Attorney for the District of Alaska.[1] The four proofs of service filed by plaintiff report that service was made "via U.S. Priority Mail with USPS Tracking" numbers. A response is not yet due from the named defendants. See Rule 12(a)(3), Federal Rules of Civil Procedure.

     Rule 4(i)(2) provides that an officer or employee of the United States sued only in his official capacity requires service upon the United States and mailing of the summons and complaint by "registered or certified mail to the agency, corporation, officer, or

---

[1]Docket No. 4.

ORDER – Case Status                                           - 1 -

employee." Service upon the United States also requires that mailing be by registered or certified mail, as well as service upon the Attorney General of the United States.

It is unclear to the court whether or not the three named defendants and the United States Attorney for the District of Alaska and the Attorney General will respond to plaintiff's complaint based upon the proofs of service presently on file.

DATED at Anchorage, Alaska, this  21st  day of August, 2025.

/s/  H. Russel Holland
United States District Judge