IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| COI QUOC TRAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; ANGELICA ALFONSO-ROYALS, Acting Director of U.S. Citizenship and Immigration Services; and BEAR R. DOLBEARE, Director of UCIS Anchorage Field Office, | ) ) ) ) ) ) ) |
| | ) No. 3:25-cv-00146-HRH |
| Defendants. | ) |

O R D E R

Joint Motion to Remand for Agency Action with Conditions

The parties, by and through their respective counsel, have stipulated and moved this court to dismiss[1] the above-captioned action without prejudice, without fees or costs to either party, and to remand it to United States Citizenship and Immigration Services ("USCIS") under the following terms:

1. <u>Timeline for Adjudication.</u>  USCIS shall issue a final decision on plaintiff's Form N-400, Application for Naturalization, within ninety (90) days of entry of this court's remand order.

---

[1]Docket No. 8.

ORDER – Joint Motion to Remand for Agency Action with Conditions         - 1 -

2. <u>Scope of Review.</u>  In rendering its decision, USCIS shall give full and fair consideration to plaintiff's application, consistent with applicable statutes, regulations, and USCIS policy guidance.

3. <u>Preservation of Judicial Remedies.</u>  If USCIS fails to issue a decision within ninety (90) days, or if plaintiff believes the decision is arbitrary, capricious, or otherwise contrary to law, plaintiff retains the right to seek judicial review in a new action under 8 U.S.C. § 1447(b) or the Administrative Procedure Act.

4. <u>No Admission.</u>  This stipulation is made for purposes of settlement only and does not constitute an admission of liability by defendants.

The motion is granted.  This case is dismissed without prejudice.  USCIS shall issue a final decision on plaintiff's Form N-400 Application for Naturalization within ninety (90) days of this order, pursuant to the above terms.  Each party shall bear its own fees and costs.

DATED at Anchorage, Alaska, this  18th  day of September, 2025.

/s/   H. Russel Holland
United States District Judge