# UNITED STATES DISTRICT COURT

for the

District of Alaska

COI QUOC TRAN,
*Plaintiff*
v.

KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; ANGELICA ALFONSO-ROYALS, Acting Director of U.S. Citizenship and Immigration Services; and BEAR R. DOLBEARE, Director of UCIS Anchorage Field Office,
*Defendants*

Civil Action No. 3:25-cv-00146-HRH

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

THAT this case is dismissed without prejudice and REMANDED to United States Citizenship and Immigration Services for final decision.

APPROVED:

**s/H. Russel Holland**
H. Russel Holland
United States District Judge

Date: September 22, 2025

**Candice M. Duncan**
Candice M. Duncan
Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*